## Cipollone *v.* Louis Dolente & Sons et al., Appellants.

Argued March 21, 1967. *Richard D. Harburg*, with him *Swartz, Campbell & Detweiler*, for appellants; *Charles F. Quinn*, with him *Sheer & Mazzocone*, for appellees.

Judgment affirmed.